# EXHIBIT 3

COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.                                      SUPERIOR COURT DEPT.
                                               CIVIL ACTION NO. 1977CV00648 C

GREEN VALLEY TRADING COMPANY          )
D/B/A INVALSA COFFEE                   )
      Plaintiff,                      )
                                      )
vs.                                   )
                                      )
OLAM AMERICAS, INC.                   )
      Defendant                       )

## COMPLAINT and PETITION TO COMPEL ARBITRATION UNDER G.L. CHAPTER 251§2

### PARTIES

1. The Plaintiff, Green Valley Trading Company, d/b/a Invalsa Coffee (hereinafter "Green Valley") is a corporation duly organized and existing under the laws of the Commonwealth of Massachusetts and having a usual place of business in West Newbury, Essex County, Massachusetts.

2. Green Valley is in the business of importing coffee and does business under the trade name, Invalsa Coffee.

3. The Defendant, Olam Americas Inc. (hereinafter "Olam") is a corporation duly organized and existing under the laws of the State of Delaware. Olam regularly transacts business in the Commonwealth of Massachusetts.

### FACTS

4. On or about November 12, 2015, the Plaintiff, filed a complaint in the Essex Superior Court, a copy of which is attached hereto as Exhibit "1". The complaint alleged, inter alia, that the Defendant owed the Plaintiff the sum of $83,180.40 in connection with a

1

purchase contract whereby the Plaintiff agreed to sell to the Defendant fair trade organic coffee.

5.      On or about December 28, 2015, the Defendant filed a Notice of Removal to the United States District Court for the District of Massachusetts, a copy of which is attached hereto as Exhibit "2".

6.      On or about March 4, 2016, the Defendant filed its Answer and Counterclaim to which the Plaintiff responded.

7.      On or about October 24, 2017, the parties entered into an agreement to resolve the pending matter through binding arbitration, a copy of which agreement is attached hereto as Exhibit "3".

8.      Subsequent to the execution of the binding arbitration agreement, the Plaintiff has suggested the seven (7) following persons to serve as arbitrators in this matter. Honorable Nancy Holtz (ret.); The Honorable John Xiafaras (ret.); The Honorable Mel Greenburg (ret.); Sandor Rabkin, Esq.; Philip O'Neill, Esq.; Thomas Maffi, Esq.; Joel P. Trachtman, Professor of International Law, Fletcher School, Tufts University. All of the recommended arbitrators have been rejected by the Defendant. The Defendant has recommended one arbitrator who is not an attorney, Richard Elkin.

9.      The Plaintiff is an aggrieved party by the failure and refusal of the Defendant to arbitrate under the parties agreement.

10.     Pursuant to G.L. Chapter 251 §2 the Plaintiff respectfully requests the Superior Court order the Defendant to arbitrate the claims.

11.     Pursuant to G.L. Chapter 251 § 2, the Plaintiff respectfully requests the Superior Court

appoint an impartial arbitrator to oversee the arbitration proceeding.


**WHEREFORE,** the Plaintiff, Green Valley Trading Company, Inc. D/B/A Invalsa Coffee
petitions this Honorable Court to issue an order compelling the Defendant, Olam Americas, Inc. to
proceed to arbitration and to appoint an arbitrator to hear the merits of the matter, pursuant to G.L
Chapter 251 § 2.


Respectfully submitted,
Plaintiff, By Its Attorneys


Dated: May 6, 2019

Louis J. Muggeo, Esq.
LOUIS J. MUGGEO & ASSOCIATES
133 Washington Street
Salem, MA  01970
978-741-1177
BBO #359220
lmuggeo@ljmassoc.com

3

# EXHIBIT "1"

COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.

SUPERIOR COURT DEPT.
CIVIL ACTION NO.: 1577 CV 01869

GREEN VALLEY TRADING COMPANY,　)
D/B/A INVALSA COFFEE　　　　　　　)
　　　　Plaintiff,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
OLAM AMERICAS, INC.　　　　　　　)
　　　　Defendant　　　　　　　　　)

## COMPLAINT AND JURY CLAIM

## PARTIES

1.　　The Plaintiff, Green Valley Trading Company, d/b/a Invalsa Coffee (hereinafter "Green Valley") is a corporation duly organized and existing under the laws of the Commonwealth of Massachusetts and having a usual place of business in West Newbury, Essex County, Massachusetts.

2.　　Green Valley is in the business of importing coffee and does business under the trade name, Invalsa Coffee.

3.　　The Defendant, Olam Americas Inc. (hereinafter "Olam") is a corporation duly organized and existing under the laws of the State of Delaware. Olam regularly transacts business in the Commonwealth of Massachusetts.

## FACTS

4.　　On or about May 12, 2014 the parties entered into a Purchase Contract whereby the Plaintiff agreed to sell to the Defendant Bolivian Fair Trade Organic Coffee.

5.    The Plaintiff fully complied with the terms of the parties' agreement(s) and shipped and delivered to the Defendant the coffee which the Defendant duly accepted.

6.    Pursuant to the terms of the parties' agreement(s), the Defendant agreed to pay to the Plaintiff the total sum of $119,676.71.

7.    On or about May 15, 2015, the Defendant paid to the Plaintiff $36,496.31 leaving a balance due and owing of $83,180.40, exclusive of late fees, interest and attorneys fees.

8.    Repeated demand has been made upon the Defendant for amounts due and owing, but the Defendant has failed and refused to pay the same.

9.    As a result of the Defendant's material breaches of the parties' agreement, the Plaintiff has incurred considerable expense and damage.

10.   At all times material to the within complaint, Defendant was and is engaged in trade and commerce within the meaning of G.L. c. 93A, §11.

### COUNT I – BREACH OF CONTRACT

11.   The Plaintiff realleges and avers the allegations contained in paragraphs 1 through 11 of the complaint as if set forth heretofore.

12.   As a result of the Defendant's actions, it has breached its contract with the Plaintiff.

13.   As a result of the breach by Defendant of the aforesaid agreement, Plaintiff has sustained substantial pecuniary economic loss and damage.

**WHEREFORE,** the Plaintiff, **Green Valley Trading Company d/b/a Invalsa Coffee** hereby demands the entry of Judgment against the Defendant, **Olam Americas Inc.** for compensatory damages, interest, costs of suit, attorneys fees and such further relief as the court may deem just and equitable.

2

## COUNT II – BREACH OF THE IMPLIED COVENANT

## OF GOOD FAITH AND FAIR DEALING

14. The Plaintiff realleges and reavers the allegations contained in paragraphs 1 through 13 of the Complaint as if set forth heretofore.

15. The conduct of the Defendant had the effect of destroying or injuring Plaintiff's contractual rights and the rights to receive the benefits there from.

16. The conduct of the Defendant constitutes a breach of the implied covenant of good faith and fair dealing.

17. As a result of the breach by the Defendant of the implied covenant of good faith and fair dealing, the Plaintiff has sustained substantial pecuniary and economic loss and property damage.

**WHEREFORE,** the Plaintiff, **Green Valley Trading Company d/b/a Invalsa Coffee** hereby demands the entry of Judgment against the Defendant, **Olam Americas Inc.** for compensatory damages, interest, costs of suit, attorneys fees and such further relief as the court may deem just and equitable.

## COUNT III – CHAPTER 93A

18. The Plaintiff realleges and reavers the allegations contained in paragraphs 1 through 17 of the Complaint as if set forth heretofore.

19. At all times material to the within Complaint, the Defendant was engaged in trade and commerce within the meaning of G.L. c. 93A, §11.

20. Defendant, by its actions as stated heretofore has violated Rules and Regulations promulgated by the Attorney General.

21. As a result of the Defendant's actions as stated heretofore, the Plaintiff has been damaged.

22. Defendant's conduct was willful and knowingly unfair and deceptive.

23. As a result of the Defendant's unfair and deceptive conduct, Defendant violated G.L. c. 93A, §11 and the Plaintiff was caused to incur damages.

3

**WHEREFORE,** the Plaintiff, **Green Valley Trading Company d/b/a Invalsa Coffee** hereby demands the entry of Judgment against the Defendant **Olam Americas, Inc.** in an amount to be determined at trial, plus treble damages and an award of attorneys fees and costs in accordance with G.L. c. 93A, §11.

### PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL COUNTS

The Plaintiff,
GREEN VALLEY TRADING COMPANY
D/B/A INVALSA COFFEE
By its attorneys,

Date: November 12, 2015

_/s/ Louis J. Muggeo_
Louis J. Muggeo, Esq.
LOUIS J. MUGGEO & ASSOCIATES
133 Washington Street
Salem, MA 01970
(978) 741-1177
BBO #359220
lmuggeo@ljmassoc.com

4

# EXHIBIT "2"

COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.                                    SUPERIOR COURT
                                              DOCKET NO. 1577 cv 01869

GREEN VALLEY TRADING COMPANY,            )
D/B/A INVALSA COFFEE,                     )
                          Plaintiff,      )
vs.                                       )
                                          )
OLAM AMERICAS, INC.,                      )
                                          )
                          Defendant.      )

## DEFENDANT OLAM AMERICAS, INC.
## NOTICE OF FILING OF NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446(d), Defendant Olam Americas, Inc. ("Citrix") hereby

notifies the Court of the filing of a Notice of Removal of the above-captioned action to the

United States District Court for the District of Massachusetts.  The Notice of Removal,

attached hereto as Exhibit 1, was filed with the United States District Court for the District of

Massachusetts on December 28, 2015.

Dated: December 28, 2015              Respectfully submitted,

                                      OLAM AMERICAS, INC.,
                                      By its attorneys

                                      _____
                                      David S. Godkin (BBO #196530)
                                      BIRNBAUM & GODKIN, LLP
                                      280 Summer Street, 5th Floor
                                      Boston, MA  02210
                                      Tel: (617) 307-6100
                                      Fax: (214) 307-6101
                                      godkin@birnbaumgodkin.com

1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party on this 28th day of December, 2015, by U.S. mail directed to the following address:

Louis J. Muggeo, Esq.
Louis J. Muggeo & Associates
133 Washington Street
Salem, MA 01970

David S. Godkin

2

**EXHIBIT   1**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GREEN VALLEY TRADING COMPANY, D/B/A INVALSA COFFEE, | ) ) ) |
| Plaintiff, | ) Civil Action No. |
| vs. | ) ) |
| OLAM AMERICAS, INC., | ) ) |
| Defendant. | ) ) |

## **NOTICE OF REMOVAL**

Defendant Olam Americas, Inc. ("Olam"), pursuant to 28 U.S.C. §§ 1332 and 1441, hereby removes this civil action from the Massachusetts Superior Court, Essex County, Case No. 1577-cv-01869, to the United States District Court for the District of Massachusetts. Removal is based on diversity of citizenship.

Removal of this action is proper for the following reasons:

1.    A civil action was commenced on or about November 12, 2015, captioned *Green Valley Trading Company D/B/A Invalsa Coffee.*, No. 1577cv01869, in the Massachusetts Superior Court, Essex County (the "State Court Action").

2.    On information and belief, Olam was served with the Summons, Civil Action Cover Sheet, Complaint and Jury Claim, and Tracking Order, by service on the Secretary of the Commonwealth of Massachusetts on November 25, 2015. True and correct copies of these pleadings are attached hereto as Exhibits 1-4.

3.    This Notice of Removal is being filed within thirty (30) days of receipt, by service or otherwise, of the Complaint by Defendant Olam. 28 U.S.C. § 1446.

4.     Defendant is authorized to remove this action under 28 U.S.C. § 1441 because this Court has original jurisdiction over this civil action: (1) Plaintiff and Defendant are "citizens of different States," and (2) the amount of controversy "exceeds the sum or value of $75,000, exclusive of interest and costs." 28 U.S.C. § 1332(a). Removal to this Court is also proper because this Court is the district court "for the district and division embracing the place where such action is pending," and because Defendant is not a citizen of Massachusetts, the state in which the action was brought. *See* 28 U.S.C. § 1441.

5.     At the time of the commencement of this action, and since that time, Defendant Olam Americas, Inc., was and is now a Delaware Corporation with a principal office at 205 East River Park Place, Suite 310, Fresno, CA 93720.

6.     As alleged in the Complaint, Plaintiff Green Valley Trading Company, d/b/a Invalsa Coffee is a Massachusetts Corporation with a usual place of business in West Newbury, Essex County, Massachusetts.

7.     Thus, complete diversity is satisfied because Plaintiff does not share the state of citizenship with Defendant Olam, and none of the parties in interest properly joined and as yet served as a defendant is a citizen of Massachusetts. *See* 28 U.S.C. § 1441(b).

8.     Plaintiff's Civil Action cover sheet indicates that Plaintiff seeks damages in excess of $83,180.40 as "Defendant failed to pay for goods delivered and accepted (coffee)." *See* Exhibit 2. The amount in controversy, exclusive of interest and costs, therefore exceeds $75,000.

9.     Pursuant to 28 U.S.C. § 1446(a), all process, pleadings, and orders served in the State Court Action are attached to this Notice of Removal as Exhibits 1-4. A copy of the docket sheet for the State Court Action is attached as Exhibit 5.

2

10.     A copy of a Notice of Filing of Notice of Removal is attached hereto as Exhibit 6.

Promptly after filing this notice, Olam will file that notice with the Massachusetts Superior

Court, and serve a copy on counsel for plaintiff as required by 28 U.S.C. § 1446(d).

WHEREFORE, defendant Olam Americas, Inc. notices the removal of this case to the

United States District Court for the District of Massachusetts.

Dated: December 28, 2015                    Respectfully submitted,

                                            OLAM AMERICAS, INC.,
                                            By its attorneys

                                            /s/ David S. Godkin
                                            David S. Godkin (BBO #196530)
                                            BIRNBAUM & GODKIN, LLP
                                            280 Summer Street, 5th Floor
                                            Boston, MA  02210
                                            Tel: (617) 307-6100
                                            Fax: (214) 307-6101
                                            godkin@birnbaumgodkin.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was delivered to
the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper
copies will be sent to those indicated as non-registered participants on the above date.

                                            /s/ David S. Godkin
                                            David S. Godkin

# EXHIBIT 1

November 25, 2015

Olam Americas, Inc.
205 East River Park Place
Suite 310
Fresno, CA
93720

Pursuant to Massachusetts General Laws, Chapter 156D § 15.10, you are hereby notified
that legal process against the above-named corporation has been served upon me on
**November 25, 2015 at 1:00 p.m.** in the case of:

Plaintiff(s):    **Green Valley Trading Company d/b/a/ Invalsa Coffee**

Defendant(s)   **Olam Americas, Inc.**

Trustee(s):

Damages as set forth at <u>Essex Superior Court 1577CV01869</u>
within 20 days after service of this summons upon you, exclusive of the day of service.

Copy of legal process attached hereto.

**WILLIAM FRANCIS GALVIN
SECRETARY OF THE
COMMONWEALTH**

(TO PLAINTIFF'S ATTORNEY: *Please Circle Type of Action Involved:* · TORT · MOTOR VEHICLE TORT · CONTRACT · EQUITABLE RELIEF · OTHER.)

# COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.

SUPERIOR COURT
CIVIL ACTION
No. 1577 CV 01869

Green Valley Trading Company
d/b/a Invalsa Coffee
.............................................................................................. , Plaintiff(s)

*v.*

Olam Americas Inc.
.............................................................................................. , Defendant(s)

## SUMMONS

To the above named Defendant: Olam Americas, Inc., 205 East River Park Place,
Suite 310, Fresno, CA 93720    (559) 447-1390
You are hereby summoned and required to serve upon Louis J. Muggeo ..................................

plaintiff's attorney, whose address is 133 Washington St., Salem, MA 01970 ............... an answer to the

complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the

day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the

complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at
56 Federal St.,
Salem, MA 01970 ............... either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim any claim which you may
have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's
claim or you will thereafter be barred from making such claim in any other action.

WITNESS, Judith Fabricant, Esquire, at Salem, the
day of    November    , in the year of our Lord two thousand  fifteen.

**Constable**

*Clerk*

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on_____, 20____, I served a copy of
the within summons, together with a copy of the complaint in this action, upon the within-named
defendant, in the following manner (see Mass. R. Civ. P. 4 (d) (1-5):

_____

_____

_____

Dated: _____, 20____.     _____

N.B.   TO PROCESS SERVER:-
       PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN
       THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

11·20 , 20 15

COMMONWEALTH OF
MASSACHUSETTS

ESSEX, ss.

SUPERIOR COURT
CIVIL ACTION
No. 1577 CV 01869

Green Valley Trading Company
d/b/a Invalsa Coffee

Plaintiff(s)

v.

Olam Americas, Inc.

Defendant(s)

SUMMONS
(Mass. R. Civ. P. 4)

# EXHIBIT 2

| CIVIL ACTION COVER SHEET | DOCKET NUMBER 1577 CV 01869 | Trial Court of Massachusetts The Superior Court |
|---|---|---|

PLAINTIFF(S): Green Valley Trading Company
d/b/a Invalsa Coffee

ADDRESS: 420 Main Street

West Newbury, MA 01985

ATTORNEY: Louis J. Muggeo, Esq.
ADDRESS: LOUIS J. MUGGEO & ASSOCIATES
133 Washington Street
Salem, MA 01970
(978) 741-1177
lmuggeo@ljmassoc.com

BBO: 359220

COUNTY Essex

DEFENDANT(S): Olam Americas, Inc.

ADDRESS:

## TYPE OF ACTION AND TRACK DESIGNATION (see reverse side)

| CODE NO. A02 | TYPE OF ACTION (specify) Contract - Goods Sold and Delivered | TRACK F | HAS A JURY CLAIM BEEN MADE? [X] YES   [ ] NO |
|---|---|---|---|

*If "Other" please describe:

### STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses .................................................. $
2. Total doctor expenses ..................................................... $
3. Total chiropractic expenses ............................................ $
4. Total physical therapy expenses ..................................... $
5. Total other expenses (describe below) ........................... $
                                         Subtotal (A): $

B. Documented lost wages and compensation to date ..................................... $
C. Documented property damages to date ...................................................... $
D. Reasonably anticipated future medical and hospital expenses .................... $
E. Reasonably anticipated lost wages ........................................................... $
F. Other documented items of damages (describe below) ............................... $

G. Briefly describe plaintiff's injury, including the nature and extent of injury:

                                                    TOTAL (A-F): $

**CONTRACT CLAIMS**
(attach additional sheets as necessary)

Provide a detailed description of claim(s): The Defendant failed to pay for goods
delivered and accepted (coffee).

TOTAL: $83,180.40

Signature of Attorney/Pro Se Plaintiff: X                         Date:

RELATED ACTIONS: Please provide the case number, case name, and county of any related actions pending in the Superior Court.

### CERTIFICATION PURSUANT TO SJC RULE 1:18

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney of Record: X    /s/ Louis J. Muggeo                 Date: 11/12/15

# EXHIBIT 3

COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.                                        SUPERIOR COURT DEPT.
                                                 CIVIL ACTION NO.: 1577 CV 01869

GREEN VALLEY TRADING COMPANY,        )
D/B/A INVALSA COFFEE                  )
      Plaintiff,                      )
                                     )
                                     )
vs.                                  )
                                     )
                                     )
OLAM AMERICAS, INC.                  )
      Defendant                       )

## COMPLAINT AND JURY CLAIM

### PARTIES

1.  The Plaintiff, Green Valley Trading Company, d/b/a Invalsa Coffee (hereinafter "Green Valley")
    is a corporation duly organized and existing under the laws of the Commonwealth of
    Massachusetts and having a usual place of business in West Newbury, Essex County,
    Massachusetts.

2.  Green Valley is in the business of importing coffee and does business under the trade name,
    Invalsa Coffee.

3.  The Defendant, Olam Americas Inc. (hereinafter "Olam") is a corporation duly organized and
    existing under the laws of the State of Delaware. Olam regularly transacts business in the
    Commonwealth of Massachusetts.

### FACTS

4.  On or about May 12, 2014 the parties entered into a Purchase Contract whereby the Plaintiff
    agreed to sell to the Defendant Bolivian Fair Trade Organic Coffee.

5. The Plaintiff fully complied with the terms of the parties' agreement(s) and shipped and delivered to the Defendant the coffee which the Defendant duly accepted.

6. Pursuant to the terms of the parties' agreement(s), the Defendant agreed to pay to the Plaintiff the total sum of $119,676.71.

7. On or about May 15, 2015, the Defendant paid to the Plaintiff $36,496.31 leaving a balance due and owing of $83,180.40, exclusive of late fees, interest and attorneys fees.

8. Repeated demand has been made upon the Defendant for amounts due and owing, but the Defendant has failed and refused to pay the same.

9. As a result of the Defendant's material breaches of the parties' agreement, the Plaintiff has incurred considerable expense and damage.

10. At all times material to the within complaint, Defendant was and is engaged in trade and commerce within the meaning of G.L. c. 93A, §11.

## COUNT I – BREACH OF CONTRACT

11. The Plaintiff realleges and avers the allegations contained in paragraphs 1 through 11 of the complaint as if set forth heretofore.

12. As a result of the Defendant's actions, it has breached its contract with the Plaintiff.

13. As a result of the breach by Defendant of the aforesaid agreement, Plaintiff has sustained substantial pecuniary economic loss and damage.

**WHEREFORE**, the Plaintiff, Green Valley Trading Company d/b/a Invalsa Coffee hereby demands the entry of Judgment against the Defendant, **Olam Americas Inc.** for compensatory damages, interest, costs of suit, attorneys fees and such further relief as the court may deem just and equitable.

2

## COUNT II – BREACH OF THE IMPLIED COVENANT

## OF GOOD FAITH AND FAIR DEALING

14. The Plaintiff realleges and reavers the allegations contained in paragraphs 1 through 13 of the Complaint as if set forth heretofore.

15. The conduct of the Defendant had the effect of destroying or injuring Plaintiff's contractual rights and the rights to receive the benefits there from.

16. The conduct of the Defendant constitutes a breach of the implied covenant of good faith and fair dealing.

17. As a result of the breach by the Defendant of the implied covenant of good faith and fair dealing, the Plaintiff has sustained substantial pecuniary and economic loss and property damage.

WHEREFORE, the Plaintiff, Green Valley Trading Company d/b/a Invalsa Coffee hereby demands the entry of Judgment against the Defendant, Olam Americas Inc. for compensatory damages, interest, costs of suit, attorneys fees and such further relief as the court may deem just and equitable.

## COUNT III – CHAPTER 93A

18. The Plaintiff realleges and reavers the allegations contained in paragraphs 1 through 17 of the Complaint as if set forth heretofore.

19. At all times material to the within Complaint, the Defendant was engaged in trade and commerce within the meaning of G.L. c. 93A, §11.

20. Defendant, by its actions as stated heretofore has violated Rules and Regulations promulgated by the Attorney General.

21. As a result of the Defendant's actions as stated heretofore, the Plaintiff has been damaged.

22. Defendant's conduct was willful and knowingly unfair and deceptive.

23. As a result of the Defendant's unfair and deceptive conduct, Defendant violated G.L. c. 93A, §11 and the Plaintiff was caused to incur damages.

3

WHEREFORE, the Plaintiff, Green Valley Trading Company d/b/a Invalsa Coffee hereby

demands the entry of Judgment against the Defendant  Olam Americas, Inc. in an amount to be determined

at trial, plus treble damages and an award of attorneys fees and costs in accordance with G.L. c. 93A, §11.

### PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL COUNTS

The Plaintiff,
GREEN VALLEY TRADING COMPANY
D/B/A INVALSA COFFEE
By its attorneys,

Date: November 12, 2015

_/s/ Louis J. Muggeo_
Louis J. Muggeo, Esq.
LOUIS J. MUGGEO & ASSOCIATES
133 Washington Street
Salem, MA 01970
(978) 741-1177
BBO #359220
lmuggeo@ljmassoc.com

4

# EXHIBIT 4

| CIVIL TRACKING ORDER (STANDING ORDER 1- 88) | DOCKET NUMBER 1577CV01869 | Trial Court of Massachusetts The Superior Court |
|---|---|---|

| CASE NAME: Green Valley Trading Company Doing Business as Invaise Coffee vs. Olem Americas Inc | |
|---|---|
| TO: Louis J Muggeo, Esq. Louis J Muggeo & Associates 133 Washington Street Salem, MA 01970 | Thomas H. Driscoll, Jr., Clerk of Courts COURT NAME & ADDRESS Essex County Superior Court - Lawrence 43 Appleton Way Lawrence, MA 01841 |

### TRACKING ORDER - F - Fast Track

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

| STAGES OF LITIGATION | SERVED BY | DEADLINE FILED BY | HEARD BY |
|---|---|---|---|
| Service of process made and return filed with the Court | | 02/10/2016 | |
| Response to the complaint filed (also see MRCP 12) | | 03/11/2016 | |
| All motions under MRCP 12, 19, and 20 | 03/11/2016 | 04/11/2016 | 05/10/2016 |
| All motions under MRCP 15 | 03/11/2016 | 04/11/2016 | 05/10/2016 |
| All discovery requests and depositions served and non-expert depositions completed | 09/07/2016 | | |
| All motions under MRCP 56 | 10/07/2016 | 11/07/2016 | |
| Final pre-trial conference held and/or firm trial date set | | | 03/06/2017 |
| Case shall be resolved and judgment shall issue by | | | 11/13/2017 |

The final pre-trial deadline is not the scheduled date of the conference. You will be notified of that date at a later time.

Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.

This case is assigned to

| DATE ISSUED 11/12/2015 | ASSISTANT CLERK Sheila Gaudette | PHONE (978)242-1900 |
|---|---|---|

# EXHIBIT 5

## 1577CV01869 Green Valley Trading Company Doing Business as Invalsa Coffee vs. Olam Americas Inc

| | | | |
|---|---|---|---|
| Case Type | Contract / Business Cases | Case Status | Open |
| Status Date: | 11/12/2015 | File Date | 11/12/2015 |
| Case Judge: | | DCM Track: | F - Fast Track |
| Next Event: | | | |

All Information    Party    Tickler    Docket    Disposition

### Docket Information

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 11/12/2015 | Appearance entered<br>On this date Louis J Muggeo, Esq. added for Plaintiff Green Valley Trading Company | | |
| 11/12/2015 | Case assigned to:<br>DCM Track F - Fast Track was added on 11/12/2015 | | |
| 11/12/2015 | Original civil complaint filed. | 1 | Image |
| 11/12/2015 | Civil action cover sheet filed. | 2 | |
| 11/12/2015 | Demand for jury trial entered. | | |
| 11/12/2015 | Green Valley Trading Company Doing Business as Invalsa Coffee's   MOTION for appointment of Special Process Server.<br>Ianuzzi&Associates Inc | 3 | |
| 12/03/2015 | Service Returned for<br>Defendant Olam Americas Inc: Service through person in charge / agent; | 4 | Image |

# EXHIBIT 6

COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.                                    SUPERIOR COURT
                                             DOCKET NO. 1577 cv 01869

```
------------------------------------)
                                    )
GREEN VALLEY TRADING COMPANY,       )
D/B/A INVALSA COFFEE,               )
                       Plaintiff,   )
                                    )
vs.                                 )
                                    )
OLAM AMERICAS, INC.,                )
                                    )
                       Defendant.   )
------------------------------------)
```

### DEFENDANT OLAM AMERICAS, INC.
### NOTICE OF FILING OF NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446(d), Defendant Olam Americas, Inc. ("Citrix") hereby

notifies the Court of the filing of a Notice of Removal of the above-captioned action to the

United States District Court for the District of Massachusetts.  The Notice of Removal,

attached hereto as Exhibit 1, was filed with the United States District Court for the District of

Massachusetts on December 28, 2015.

Dated: December 28, 2015                  Respectfully submitted,

                                          OLAM AMERICAS, INC.,
                                          By its attorneys

                                          _David S. Godkin_
                                          David S. Godkin (BBO #196530)
                                          BIRNBAUM & GODKIN, LLP
                                          280 Summer Street, 5th Floor
                                          Boston, MA  02210
                                          Tel: (617) 307-6100
                                          Fax: (214) 307-6101
                                          godkin@birnbaumgodkin.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party on this 28th day of December, 2015, by U.S. mail directed to the following address:

Louis J. Muggeo, Esq.
Louis J. Muggeo & Associates
133 Washington Street
Salem, MA  01970

David S. Godkin

2

**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GREEN VALLEY TRADING COMPANY,  )
D/B/A INVALSA COFFEE,           )
                     Plaintiff,  )      Civil Action No. 15-cv-14226-RWZ
                           )
vs.                             )
                           )
OLAM AMERICAS, INC.,            )
                           )
                 Defendant.  )

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure, the parties hereby

stipulate that the above action, including all claims and counterclaims, is dismissed with

prejudice, without costs or attorneys' fees, and waiving all rights of appeal.

GREEN VALLEY TRADING COMPANY,      OLAM AMERICAS, INC.,
D/B/A INVALSA COFFEE,                   By its attorneys,
By its attorneys,


Louis J. Muggeo, Esq. (BBO# 359220)     David S. Godkin, Esq. (BBO# 196530)
LOUIS J. MUGGEO & ASSOCIATES       James E. Kruzer (BBO# 670827)
133 Washington Street                   BIRNBAUM & GODKIN, LLP
Salem, MA 01970                     280 Summer Street, 5th Floor
(978) 741-1177                     Boston, MA 02210
lmuggeo@ljmassoc.com            (617) 307-6110
                               godkin@birnbaumgodkin.com
                               kruzer@birnbaumgodkin.com


DATED:

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was delivered to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the above date.

David S. Godkin

## ARBITRATION AGREEMENT

WHEREAS, Green Valley Trading Company d/b/a Invalsa Coffee ("Green Valley") and Olam Americas, Inc. ("Olam") are parties to litigation pending in the United States District Court, District of Massachusetts, Civil Action No. 15-cv-14226-RWZ (the "Lawsuit");

WHEREAS, Green Valley and Olam have agreed to submit all claims asserted in the Lawsuit to binding arbitration;

NOW, THEREFORE, in consideration of the foregoing and the mutual promises herein contained, the parties hereto, intending to be legally bound hereby, agree as follows:

1. Within ten (10) days of the date of the latest signature hereof, Green Valley and Olam will execute and file a Stipulation of Dismissal of the Lawsuit in the form attached hereto as Exhibit A;

2. Green Valley and Olam agree to submit all of their claims asserted in the Lawsuit to binding arbitration, as set forth herein;

3. Within twenty (20) days of the date of the latest signature hereof, Green Valley and Olam will select a mutually agreeable single arbitrator with experience in commodity futures contracts for coffee, to preside over the arbitration;

4. The arbitration hearing will take place in Boston, Massachusetts, and will be completed in no more than one day;

5. Pre-hearing discovery will be limited to an exchange of documents pursuant to a document request and the issuance of subpoenas. There will be no depositions.

6. Each party may submit a pre-hearing brief and a post-hearing brief;

7. The charges of the arbitrator will be borne equally by the parties. In advance of the hearing, the arbitrator will estimate his/her charges, and each party will advance fifty percent of such amount to the arbitrator. To the extent that the amounts advanced exceed the arbitrator's charges, he/she will refund any excess amounts. To the extent that the amounts advanced are not sufficient to pay the arbitrator in full, the parties will pay their proportionate share of any additional charges;

8. The arbitrator will render a simple award within 30 days after any post-hearing briefs are submitted. Judgment on the award may be entered by any court having jurisdiction thereof.

1

9. Except as may be required by law, neither party nor the arbitrator may disclose the existence, content, or results of the arbitration hereunder without the prior written consent of both parties.

10. Green Valley represents that the government of Bolivia does not have an ownership interest in Green Valley.

11. The parties agree that their dispute will be governed by and interpreted in accordance with the laws of the Commonwealth of Massachusetts, excluding such state's conflict of laws principles.

12. Each party has the authority to enter into this Arbitration Agreement according to all rules and regulations of the United States and the state in which it is incorporated, and agrees to indemnify the other party for any breach of this representation for all losses caused by such breach.

    IN WITNESS WHEREOF, the parties have executed this Arbitration Agreement as of the date first written below.

Green Valley Trading Company d/b/a Invalsa Coffee

By: _Jedd A Valerio_

Duly Authorized

Its: _President_

Date: _5/19/17_

Subscribed and sworn to before me
This _19th_ day of _May_ , 2017

Notary Public
My Commission Expires: _4-1-2022_

MERISSA I. PIPER
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
April 1, 2022

2

Olam Americas, Inc.

By: _Sandor Berumen_

Duly Authorized

Its: _Secretary & Treasurer_

Date: _05/17/2017_

Subscribed and sworn to before me

This _____ day of _____, 2017

_____

Notary Public

My Commission Expires: _____

3

# ACKNOWLEDGMENT

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate is
attached, and not the truthfulness, accuracy, or
validity of that document.

State of California
County of _____ FRESNO _____)

On 5/17/17 _____ before me, KATHERINE AIKO OSHIRO _____

(insert name and title of the officer)

personally appeared __Sandip Sharma_____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____        (Seal)

KATHERINE AIKO OSHIRO
Commission # 2123244
Notary Public - California
Fresno County
My Comm. Expires Aug 13, 2019

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

1. Title of case (name of first party on each side only) Green Valley Trading Company d/b/a Invalsa Coffee vs. Olam Americas, Inc.

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   [ ]   I.   410, 441, 470, 535, 830*, 891, 893, 895, R.23, REGARDLESS OF NATURE OF SUIT.

   [✓]   II.   110, 130, 140, 160, 190, 196, 230, 240, 290,320,362, 370, 371, 380, 430, 440, 442, 443, 445, 446, 448, 710, 720, 740, 790, 820*, 840*, 850, 870, 871.

   [ ]   III.   120, 150, 151, 152, 153, 195, 210, 220, 245, 310, 315, 330, 340, 345, 350, 355, 360, 365, 367, 368, 375, 385, 400, 422, 423, 450, 460, 462, 463, 465, 480, 490, 510, 530, 540, 550, 555, 625, 690, 751, 791, 861-865, 890, 896, 899, 950.

   *Also complete AO 120 or AO 121. for patent, trademark or copyright cases.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

   YES [ ]   NO [✓]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)

   YES [ ]   NO [✓]

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

   YES [ ]   NO [ ]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

   YES [ ]   NO [✓]

7. Do **all** of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

   YES [✓]   NO [ ]

   A.   If yes, in which division do **all** of the non-governmental parties reside?

   Eastern Division [✓]   Central Division [ ]   Western Division [ ]

   B.   If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

   Eastern Division [ ]   Central Division [ ]   Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

   YES [ ]   NO [✓]

**(PLEASE TYPE OR PRINT)**

**ATTORNEY'S NAME** David S. Godkin

**ADDRESS** Birnbaum & Godkin, LLP, 280 Summer Street, Boston, MA 02210

**TELEPHONE NO.** (617) 307-6100

(CategoryForm12-2011.wpd - 12/2011)

# EXHIBIT "3"

## ARBITRATION AGREEMENT

WHEREAS, Green Valley Trading Company d/b/a Invalsa Coffee ("Green Valley") and Olam Americas, Inc. ("Olam") are parties to litigation pending in the United States District Court, District of Massachusetts, Civil Action No. 15-cv-14226-RWZ (the "Lawsuit");

WHEREAS, Green Valley and Olam have agreed to submit all claims asserted in the Lawsuit to binding arbitration;

NOW, THEREFORE, in consideration of the foregoing and the mutual promises herein contained, the parties hereto, intending to be legally bound hereby, agree as follows:

1. Within ten (10) days of the date of the latest signature hereof, Green Valley and Olam will execute and file a Stipulation of Dismissal of the Lawsuit in the form attached hereto as Exhibit A;

2. Green Valley and Olam agree to submit all of their claims asserted in the Lawsuit to binding arbitration, as set forth herein;

3. Within twenty (20) days of the date of the latest signature hereof, Green Valley and Olam will select a mutually agreeable single arbitrator with experience in commodity futures contracts for coffee, to preside over the arbitration;

4. The arbitration hearing will take place in Boston, Massachusetts, and will be completed in no more than one day;

5. Pre-hearing discovery will be limited to an exchange of documents pursuant to a document request and the issuance of subpoenas. There will be no depositions.

6. Each party may submit a pre-hearing brief and a post-hearing brief;

7. The charges of the arbitrator will be borne equally by the parties. In advance of the hearing, the arbitrator will estimate his/her charges, and each party will advance fifty percent of such amount to the arbitrator. To the extent that the amounts advanced exceed the arbitrator's charges, he/she will refund any excess amounts. To the extent that the amounts advanced are not sufficient to pay the arbitrator in full, the parties will pay their proportionate share of any additional charges;

8. The arbitrator will render a simple award within 30 days after any post-hearing briefs are submitted. Judgment on the award may be entered by any court having jurisdiction thereof.

1

9. Except as may be required by law, neither party nor the arbitrator may disclose the existence, content, or results of the arbitration hereunder without the prior written consent of both parties.

10. Green Valley represents that the government of Bolivia does not have an ownership interest in Green Valley.

11. The parties agree that their dispute will be governed by and interpreted in accordance with the laws of the Commonwealth of Massachusetts, excluding such state's conflict of laws principles.

12. Each party has the authority to enter into this Arbitration Agreement according to all rules and regulations of the United States and the state in which it is incorporated, and agrees to indemnify the other party for any breach of this representation for all losses caused by such breach.

IN WITNESS WHEREOF, the parties have executed this Arbitration Agreement as of the date first written below.

Green Valley Trading Company d/b/a Invalsa Coffee

By: _Jean A Valverde_

Duly Authorized

Its: _President_

Date: _5/19/17_

Subscribed and sworn to before me
This _19_ day of _May_, 2017

_[signature]_
Notary Public
My Commission Expires: _4-1-2022_

MERISSA I. PIPER
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
April 1, 2022

2

Olam Americas, Inc.

By: _____

Duly Authorized

Its: _____

Date: _05/17/2017_____

Subscribed and sworn to before me

This _____ day of _____, 2017

_____

Notary Public

My Commission Expires: _____

3

## ACKNOWLEDGMENT

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate is
attached, and not the truthfulness, accuracy, or
validity of that document.

State of California
County of _____ FRESNO _____ )

On __5/17/17_____ before me, __KATHERINE AIKO OSHIRO_____
(insert name and title of the officer)

personally appeared __Sandie Sharma_____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____   (Seal)

KATHERINE AIKO OSHIRO
Commission # 2123244
Notary Public – California
Fresno County
My Comm. Expires Aug 13, 2019

COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.                                          SUPERIOR COURT DEPT.
                                                   CIVIL ACTION NO. *19MCV00648C*

GREEN VALLEY TRADING COMPANY              )
D/B/A INVALSA COFFEE                       )
      Plaintiff,                           )
                                          )
                                          )
vs.                                       )
                                          )
                                          )
OLAM AMERICAS, INC.                       )
      Defendant                            )

## MOTION TO APPOINT SPECIAL PROCESS SERVER (Rule 4(c))

**NOW COMES** the Plaintiff, Green Valley Trading Company d/b/a Invalsa Coffee and moves that

the court appoint as special process server, Ianuzzi & Associates, Inc., Mark S. Ianuzzi, by its constables,

agents or disinterested persons who are qualified over the age of 18, knowledgeable in the service of process,

and who are not parties in this action, because of special knowledge, long experience and the urgency of this

matter.

                                Respectfully submitted,
                                The Plaintiffs
                                By Their Attorney

Dated, May 6, 2019

                                Louis J. Muggeo, Esq.
                                LOUIS J. MUGGEO & ASSOCIATES
                                133 Washington Street
                                Salem, MA  01970
                                (978) 741-1177
                                BBO #359220
                                lmuggeo@ljmassoc.com

A TRUE COPY, ATTEST *Antonietta McDonagh*
DEPUTY ASST. CLERK

| CIVIL ACTION COVER SHEET | DOCKET NUMBER | Trial Court of Massachusetts<br>The Superior Court |
|---|---|---|

PLAINTIFF(S): Green Valley Trading Company d/b/a Invaisa Coffee

ADDRESS: 420 Main Street

West Newbury, MA 01985

**COUNTY**
Essex

ATTORNEY: Louis J. Muggeo, Esq.

ADDRESS: 133 Washington Street

Salem, MA 01970

978-741-1177

BBO: 359220

DEFENDANT(S): Olam Americas

205 East River Park Place, Suite 310

Fresno, CA 93720

ADDRESS:

## TYPE OF ACTION AND TRACK DESIGNATION (see reverse side)

| CODE NO.<br>E99 | TYPE OF ACTION (specify)<br>Other Administrative Action | TRACK<br>X | HAS A JURY CLAIM BEEN MADE?<br>☐ YES   ☒ NO |
|---|---|---|---|

***If "Other" please describe:** Appointment of Arbitrator

## STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
### (attach additional sheets as necessary)

A. Documented medical expenses to date:
    1. Total hospital expenses ........................................................................................................ $ _____
    2. Total doctor expenses ......................................................................................................... $ _____
    3. Total chiropractic expenses ................................................................................................. $ _____
    4. Total physical therapy expenses ......................................................................................... $ _____
    5. Total other expenses (describe below) ................................................................................ $ _____
                                     Subtotal (A): $ _____

B. Documented lost wages and compensation to date ...................................................................... $ _____
C. Documented property damages to dated ..................................................................................... $ _____
D. Reasonably anticipated future medical and hospital expenses ...................................................... $ _____
E. Reasonably anticipated lost wages ............................................................................................. $ _____
F. Other documented items of damages (describe below) ................................................................. $ _____

G. Briefly describe plaintiff's injury, including the nature and extent of injury:

                                                          TOTAL (A-F):$ _____

### CONTRACT CLAIMS
### (attach additional sheets as necessary)

Provide a detailed description of claims(s):
                                                          TOTAL: $ _____

**Signature of Attorney/Pro Se Plaintiff: X** _(signature)_      Date: 5/6/19

**RELATED ACTIONS:** Please provide the case number, case name, and county of any related actions pending in the Superior Court.

## CERTIFICATION PURSUANT TO SJC RULE 1:18

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

**Signature of Attorney of Record: X** _(signature)_      Date: 5/6/19

| CIVIL TRACKING ORDER (STANDING ORDER 1-88) | DOCKET NUMBER 1977CV00648 | Trial Court of Massachusetts The Superior Court |
|---|---|---|

| CASE NAME: Green Valley Trading Company Doing Business as Invalsa Coffee vs. Olam Americas, Inc. | Thomas H. Driscoll, Jr., Clerk of Courts |
|---|---|
| TO: Olam Americas, Inc. | COURT NAME & ADDRESS Essex County Superior Court - Lawrence 43 Appleton Way Lawrence, MA 01841 |

### TRACKING ORDER - X - Accelerated

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

**STAGES OF LITIGATION**                                     **DEADLINE**

|  | SERVED BY | FILED BY | HEARD BY |
|---|---|---|---|
| Service of process made and return filed with the Court |  | 08/05/2019 |  |
| Response to the complaint filed (also see MRCP 12) |  | 05/06/2020 |  |
| All motions under MRCP 12, 19, and 20 |  |  |  |
| All motions under MRCP 15 |  |  |  |
| All discovery requests **and depositions** served and non-expert depositions completed |  |  |  |
| All motions under MRCP 56 |  |  |  |
| Final pre-trial conference held and/or firm trial date set |  |  |  |
| Case shall be resolved and judgment shall issue by |  |  |  |

The final pre-trial deadline is **not the scheduled date of the conference**. You will be notified of that date at a later time.

**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**

This case is assigned to Session "C" in Lawrence Superior Court

| DATE ISSUED 05/07/2019 | ASSISTANT CLERK Stefano J Cornelio | PHONE (978)242-1900 |
|---|---|---|

Date/Time Printed: 05-07-2019 09:41:11                                                    SCV026\ 08/2018