UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GREEN VALLEY TRADING COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 19-11524-FDS |
| OLAM AMERICAS, INC., | ) ) ) | |
| Defendant. | ) ) | |

### ORDER ON DEFENDANT'S MOTION TO CONFIRM ARBITRATION AWARD

**SAYLOR, C.J.**

On June 1, 2021, an arbitration award was entered in this matter. The arbitrator awarded defendant Olam Americas, Inc. the sum of $56,319.82 to be paid by plaintiff Green Valley Trading Company. The arbitration agreement between the parties provides that "[j]udgment on the award may be entered by any court having jurisdiction thereof." (Dkt. No. 37-1 ¶ 8). On July 20, 2021, defendant moved for confirmation of that award in this Court.

The Federal Arbitration Act provides that "[n]otice of a motion to vacate, modify, or correct an award must be served upon the adverse party or his attorney within three months after the award is filed or delivered." 9 U.S.C. § 12. Notice of any such motion in this matter must therefore be served upon the adverse party or his attorney by September 1, 2021.

Accordingly, defendant's motion for confirmation of the arbitration award is GRANTED, effective September 1, 2021. If any party moves to vacate, modify, or correct that award between the date of this Order and September 1, 2021, the order confirming the award shall be

2

suspended pending resolution of that motion and further court order.

**So Ordered.**

                                                                        /s/ F. Dennis Saylor IV  
                                                                        F. Dennis Saylor IV  
Dated: August 5, 2021                                     Chief Judge, United States District Court